UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA - Yuma

MAGISTRATE JUDGE'S MINUTES

DATE: 5/8/2008 CASE NUMBER: 08-15736M-SD

USA vs. Jose Maeda-Renteria

U.S. MAGISTRATE JUDGE: JAY R. IRWIN #: 70BK

A.U.S. Attorney ______ INTERPRETER Ricardo Gonzalez
LANGUAGE Spanish

Attorney for Defendant Lorna Spencer for Richard L. Juarez (AFPD)
MATERIAL WITNESS(es): ______
MATERIAL WITNESS(es) state true name(s) to be: ______
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA____
☐ Financial Afdvt taken
☐ Rule 5(c)(3)
☐ Initial Appearance
☐ Defendant Sworn
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.
☐ Appointment of counsel hearing held
☐ Financial Afdvt sealed

| | |
|---|---|
| **DETENTION HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released ______<br>☐ Defendant continued detained pending trial<br>☐ Flight risk ☐ Danger | **IDENTITY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re: Waiver of Venue<br>☐ Held ☐ Con't ☐ Reset<br>Set for: 5/8/08 at 10:15 am<br>Before: Magistrate Judge Irwin |

Other: Government moves for dismissal of complaint. Defense has no objection. Court grants motion and dismisses case without prejudice. Case is closed.

Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

**UNITED STATES DISTRICT COURT** **MAGISTRATE JUDGE'S MINUTES**
**SOUTHERN DISTRICT OF CALIFORNIA - Yuma**

DATE: 5/7/2008 CASE NUMBER: 08-15736M-SD

USA vs. Jose Maeda-Renteria

U.S. MAGISTRATE JUDGE: JAY R. IRWIN #: 70BK

A.U.S. Attorney ____________________ INTERPRETER Ricardo Gonzalez
LANGUAGE Spanish

Attorney for Defendant Richard L. Juarez (AFPD)
MATERIAL WITNESS(es): ____________________
MATERIAL WITNESS(es) state true name(s) to be: ____________________
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA 5/5/08
☐ Financial Afdvt taken
☐ Rule 5(c)(3)

☒ Initial Appearance
☒ Defendant Sworn
☐ Defendant states true name to be ___. Further proceedings ORDERED in Defendant's true name.

☒ Appointment of counsel hearing held
☐ Financial Afdvt sealed

| | |
|---|---|
| **DETENTION HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released ____________<br>☐ Defendant continued detained pending trial<br>☐ Flight risk ☐ Danger | **IDENTITY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:**<br>☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found ☐ Dismissed<br>☐ Held to answer before District Court | **STATUS HEARING:** re: Waiver of Venue<br>☐ Held ☐ Con't ☐ Reset<br>Set for: 5/8/08 at 10:15 am<br>Before: Magistrate Judge Irwin |

Other: Defendant declines to sign waiver of venue. Government moves for a continuance. Government has no objection. Court grants motion and sets status hearing.

Recorded by Courtsmart
BY: Angela J. Tuohy
Deputy Clerk

# United States District Court

515

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Jose MAEDA-Renteria
Citizen of Mexico
YOB: 1966
086258811
Visitor

CRIMINAL COMPLAINT

CASE NUMBER: 08-15736M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

COUNT I

That on or about May 5, 2008, within the Central District of California, the Defendant Jose MAEDA-Renteria, an alien, did knowingly and willfully use or attempt to use a document prescribed by statute and regulation for entry into or as Evidence of Stay or for gaining Authorized Employment in the United States, namely, an Employment Authorization Document and a United States Social Security Card which the Defendant knew was forged, counterfeited, altered, falsely made, or otherwise procured by fraud or unlawfully obtained; in violation of Title 18, United States Code, Section 1546 (Felony).

COUNT II

That on or about, May 5, 2008, within the Central District of California, Defendant Jose MAEDA-Renteria, did knowingly and willfully possess an identification document (other than one issued lawfully for the use of the possessor) or a false identification document with the intent that such document be used to defraud the United States; in violation of Title 18, United States Code, Sections 1028(a)(4) and (b)(6) (Misdemeanor).

COUNT III

That on or about December 23, 2007, within the Southern District of California, Defendant Jose MAEDA-Renteria, an alien, did enter the United States at a Designated Port of Entry by willfully false and misleading representations and the willful concealment of material facts, a misdemeanor, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof. ☒ Yes ☐ No

Signature of Complainant
Alfredo Prieto
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

May 7, 2008 at Yuma, Arizona
Date / City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer

Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Jose MAEDA-Renteria

Dependents: 1 Mexican

**IMMIGRATION HISTORY:** The Defendant is an illegal alien.

**CRIMINAL HISTORY:** None found.

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Blythe, California.

The Defendant was questioned as to his citizenship and immigration status. It was determined that the Defendant is an undocumented national of Mexico, illegally in the United States.

At the time of questioning, the Defendant presented a counterfeit Employment Authorization Document and a United States Social Security Card bearing the name the Defendant's brother, Jesus MAEDA.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States at a Designated Port of Entry by willfully false and misleading representations and the willful concealment of material facts at Calexico, California on December 23, 2007. At this time, the Defendant entered the United States by presenting to Immigration Officials a valid Border Crosser Card issued to him. The Defendant stated that he used his brother's Social Security and name to work illegally in the United States, and that was the intended purpose of his entry.

Charges:
18 USC§1546 (Felony)
18 USC§1028 (Misdemeanor)
8 USC§1325 (Misdemeanor)

Signature of Complainant

Sworn to before me and subscribed in my presence,

May 7, 2008
Date

Signature of Judicial Officer